IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: HAYDEL PROPERTIES, LP                 CHAPTER 11 NO.12-50048-KMS

**<u>OBJECTION O CONFIRMATION OF PLAN OF REORGANIZATION</u>**

COMES NOW , **HANCOCK BANK** , (hereinafter "Bank") through its attorney

William P. Wessler , and files this objection to confirmation of the plan of

reorganization proposed by the Debtor and as grounds , would show as follows , to

wit:

1. The proposed treatment of the Hancock secured claim would or could allow the

Debtor to sell the Bank's collateral for less than the amount owed , plus interest ,

costs and fees associated with the loan.  The Bank objects to this proposal as

without the Bank's consent , the property securing the loan cannot not be sold for

an amount less than the total amount of the debt , which is presently $119,997.26

not including attorneys fees and costs. The Debtor has filed pleadings in this case

stating that the value of the property is $175000.00 , well in excess of the amount

owed , making this claim fully secured.

2. The plan gives the Debtor another six months to sell the property , which it has

supposedly been trying to sell since filing the petition , more than a year and a half

ago ,without success.  The property is a vacant tract of land which produces no

income. If the Debtor now believes the value of the property is not sufficient to pay

the amount owed to the Bank, and efforts to sell have been a failure, we submit

that the property should be abandoned to the Bank at this time as being of

inconsequential value and being  burdensome to the estate.

3. The language concerning a possible surrender of the property to the Bank at the

end of the year , if not sold by then ,  is vague and ambiguous and needs to be

clarified.

4. The Bank objects to the proposed modification of the interest rate on the claim.


RESPECTFULLY SUBMITTED, 18th day of July , 2013.
/S/ WILLIAM P. WESSLER

Attorney for Hancock Bank


## CERTIFICATE OF SERVICE

I, WILLIAM P. WESSLER, do hereby certify that I have this day mailed, postage prepaid, (or delivered electronically) a true and correct copy of the above and foregoing response  to the following:

1. Patrick A. Sheehan,esq.
   pat@sheehanlawfirm.com

2. Robert Gambrell, Esq.
   rg@ms-bankruptcy.com


SO CERTIFIED, this the 18th day of July , 2013..


/S/ WILLIAM P. WESSLER
_____
WILLIAM P. WESSLER
ATTORNEY AT LAW
1624 24th AVENUE
GULFPORT, MS 39501
TELEPHONE (228) 863-3686
FACSIMILE (228) 863-7877
MSB#7110
wwessler@cableone.net